UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | 1:25-cv-03479 (JHR) |
| Plaintiff, | : : | **NOTICE OF SUBTITUTION** |
| -against- | : : | |
| ROMAN HEALTH VENTURES, INC., | : : | |
| Defendant. | : : | |

---

**PLEASE TAKE NOTICE** that John W. McGuinness and the law firm of Manatt, Phelps & Phillips, LLP hereby withdraw as counsel for Defendant Roman Health Ventures, Inc. in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Brendan T. Mahoney and the law firm of Gordon & Rees, LLP shall remain as counsel for Defendant Roman Health Ventures, Inc.

Dated:  July 18, 2025

Respectfully submitted,
**MANATT, PHELPS & PHILLIPS, LLP**

By: /s/ John W. McGuinness
John W. McGuinness
1050 Connecticut Ave., NW, Suite 600
Washington, DC 20036
Tel: 310-312-4000
Email: jmcguinness@manatt.com

## CERTIFICATE OF SERVICE

I certify that, on July 18, 2025, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/  John W. McGuinness
John W. McGuinness