UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,

    Plaintiff,

-v.-

ROMAN HEALTH VENTURES, INC.,

    Defendant.

---

25 Civ. 3479 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

- ☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____
  All such motions: ____
- ☐ General Pretrial & Dispositive Motions (all purposes except trial)
- ☐ Specific Non-Dispositive Motion/Dispute: _____
- ☒ Settlement
- ☐ Habeas Corpus
- ☐ Social Security
- ☐ Inquest After Default/Damages Hearing
- ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____

SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge