**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all other similarly situated, | : | Case No.: 1:25-cv-03479-JHR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROMAN HEALTH VENTURES INC. | : | |
| | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendant Roman Health Ventures Inc. ("Defendant") by and through undersigned counsel, requests an extension of time of 14-days up to and including September 22, 2025 to respond to Plaintiff's First Set of Interrogatories and Requests for Production ("Discovery Requests") dated August 7, 2025. In support of this motion, Defendant states as follows:

1. Good cause Exists for the requested Extension of Time. The additional time is required for Defendant to fully and adequately evaluate and analyze the Discovery requests and prepare the proper objections and/or responses.

2. This is Defendant's first request for an extension of time with respect to Plaintiff's Discovery Requests.

3. The parties are discussing resolution.

4. Plaintiff's counsel consents to this brief extension.

WHEREFORE, the Defendant respectfully requests that the Court Grant its Motion for Extension of Time and extend the time to object and/or respond to the Discovery Requests up to and including September 22, 2025.

2

DATED: September 4, 2025                           **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Brendan T. Mahoney*
Brendan T. Mahoney MA9862
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel.:  (212) 269-5500
Fax:  (212) 269-5505
Email:  bmahoney@grsm.com

*Attorneys for Roman Health Ventures Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Brendan T. Mahoney*
Brendan T. Mahoney MA9862
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel.:  (212) 269-5500
Fax:  (212) 269-5505
Email:  bmahoney@grsm.com

*Attorneys for Roman Health Ventures Inc.*
