IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ROMAN HEALTH VENTURES INC.**<br><br>*Defendant.* | Case No. 1:25-cv-3479 |

### Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: September 19, 2025

                Respectfully submitted,

                */s/ Anthony I. Paronich*
                PARONICH LAW, P.C.
                Anthony I. Paronich
                350 Lincoln St., Suite 2400
                Hingham, MA 02043
                617-485-0018
                anthony@paronichlaw.com

                *Attorneys for Plaintiff and proposed class*